IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:10-cr-210(26) |
| | | Also Case No. 3:15-cv-178 |
| Plaintiff, | | |
| - vs - | | District Judge Walter Herbert Rice |
| | | Magistrate Judge Michael R. Merz |
| MARTIN JUAREZ, | | |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 912), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Government's Motion to Dismiss (ECF No. 904) be GRANTED. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

October 21, 2015.

Walter Herbert Rice
United States District Judge