# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 3:10-cr-210 (26)
                                Also Case No. 3:15-cv-178

-vs-

                                  District Judge Walter Herbert Rice
MARTIN JUAREZ,                  Magistrate Judge Michael R. Merz

        Defendant.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of Magistrate Judge Michael R. Merz (ECF No. 929), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's Motion for an Extension of Time to File Notice of Appeal (ECF No. 927)be, and it hereby is, DENIED.

October 5, 2016.

                                                    Walter Herbert Rice
                                                    United States District Judge